**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS P. RATESI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. **6:05-cv-1825-Orl-KRS**

**SUN STATE TREES & PROPERTY MAINTENANCE, INC., RANDALL A. NELLIS, DOROTHY J. NELLIS,**

        **Defendants.**

_____

## ORDER

The parties advised the Court that mediation was to be conducted on December 13, 2006. Doc. No. 34. As of the writing of this Order, neither the mediator nor counsel have informed the Court of the outcome of the mediation.

Accordingly, it is **ORDERED** that, on or before January 5, 2007, counsel shall advise the Court of the outcome of the mediation in this case.

**DONE** and **ORDERED** in Orlando, Florida this 26th day of December, 2006.

                           *Karla R. Spaulding*
                          KARLA R. SPAULDING
                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties