# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS P. RATESI,**

      **Plaintiff,**

-vs-                                                                            Case No. 6:05-cv-1825-Orl-KRS

**SUN STATE TREES & PROPERTY MAINTENANCE, INC., RANDALL A. NELLIS, DOROTHY J. NELLIS,**

      **Defendants.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within 120 days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot, and the trial scheduled to begin on September

12, 2007 is **CANCELED**.  The Court has determined that the settlement reached by the parties is a fair resolution of the case.  The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties